1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF WASHINGTON

8    WILLIAM C. SHAW,

9                    Petitioner,            NO.   CV-09-174-LRS

10       vs.                                ORDER GRANTING DEFENDANT'S MOTION
                                            TO DISMISS WITHOUT PREJUDICE
11   DIRECTOR WASHINGTON STATE
     DEPARTMENT OF CORRECTIONS,

12                   Respondent.

13

14        Petitioner William Shaw is under the Washington Department of

15   Corrections' supervision pursuant to a 2008 conviction by plea of

16   third degree assault and two counts of communication with a minor for

17   immoral purposes, committed on May 26, 2007. Exhibit 1. On August 19,

18   2008, Shaw filed a personal restraint petition ("PRP") with the

19   Washington Supreme Court. Exhibit 2; Exhibit 3. In that petition, he

20   claimed his attorney at the guilty plea hearing, Robert Cossey,

21   provided ineffective assistance of counsel by inducing Shaw to plead

22   guilty based on a false promise that doing so would not affect Shaw's

23   previously filed personal restraint petition involving speedy trial

24   issues. Exhibits 2 & 3. The court subsequently transferred the

25   petition to the Washington Court of Appeals, which consolidated it

26   with a direct appeal that Shaw was pursuing regarding unrelated

27

28   ORDER - 1

sentencing matters. Exhibit 4. The court has yet to rule in that consolidated case.

Petitioner brought this *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on June 5, 2009.  On August 3, 2009, Petitioner filed an Amended Petition for relief under 28 U.S.C. § 2254 (Ct. Rec. 5), as directed by the court in its order dated June 12, 2009 (Ct. Rec. 4).  The U.S. Marshal Service served the Amended Petition on Defendant on October 7, 2009 (Ct. Recs. 9, 10). Thereafter, Petitioner has filed several motions, although he has received deficiency notices from the court based on his failure to properly note said motions.  On December 10, 2009, Respondent, Jerome Taylor, filed a Motion to Dismiss Without Prejudice Pending Conclusion of State Court Proceedings," Ct. Rec. 20, and noted this hearing without oral argument for January 29, 2010.

Respondent moves to dismiss Petitioner's habeas petition without prejudice pending the outcome of his state court PRP (which is consolidated with his direct appeal).  Respondent urges that this court should dismiss this petition because if the state court grants Mr. Shaw's petition, the first part of his two-part federal habeas claim will be moot.

Although Mr. Shaw has filed several unnoted motions following Respondent's motion to dismiss, he has not directly responded to Respondent's motion, and more specifically, why this court should not dismiss his petition without prejudice pending the state court proceedings.

This court finds that Mr. Shaw's habeas claim is not yet ripe.

ORDER - 2

Mr. Shaw's federal habeas petition claims ineffective assistance by two of his attorneys: Cossey and Rearden. Mr. Shaw's pending consolidated state case (Washington Court of Appeals Case No. 28214-7-III) claims ineffective assistance of his attorney Cossey based on the same facts as his habeas claim before this court.  If the Washington Court of Appeals grants Mr. Shaw's petition, the part of his federal habeas petition involving Cossey will be moot (assuming the Washington Supreme Court either grants review and affirms, or denies review). This court concludes that Petitioner's habeas claim is not ripe for adjudication in a federal habeas proceeding because he has not finished his state court appellate process with regard to the claim. Out of respect for the state court process and judicial economy, this court will dismiss Petitioner's habeas petition without prejudice.

For the reasons explained above, **IT IS HEREBY ORDERED:**

1.   Defendant's Motion to Dismiss Without Prejudice Pending Conclusion of State Court Proceedings, **Ct. Rec. 20,** is **GRANTED.** Petitioner's habeas petition (Ct. Rec. 3) and amended habeas petition (Ct. Rec. 5) are **dismissed without prejudice.**

2. Petitioner's Motion for Hearing, **Ct. Rec. 6**, is **DENIED as MOOT.**

3.   Petitioner's Motion for Release Pending Review, **Ct. Rec. 11**, is **DENIED.**

3.   Petitioner's Motion to Appoint Expert, **Ct. Rec. 12**, is **DENIED.**

4.   Respondent's Motion for Extension of Time to File Answer, **Ct. Rec. 15**, is **DENIED as MOOT.**

ORDER - 3

5.   Petitioner's Motion for Hearing, **Ct. Rec. 23**, is **DENIED as MOOT.**

6.   Petitioner's Motion for Hearing, **Ct. Rec. 28**, is **DENIED as MOOT.**

**IT IS SO ORDERED**.   The District Court Executive is directed to enter this Order, enter judgment consistent with this order, and forward a copy of this order to Petitioner and counsel of record.

**DATED** this____1st____day of March, 2010.


*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 4