AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WILLIAM C. SHAW,

      Petitioner,

JUDGMENT IN A CIVIL CASE

v.

DIRECTOR WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

CASE NUMBER: CV-09-174-EFS

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's habeas petition and amended habeas petition are dismissed without prejudice pursuant to the Order Granting Defendant's Motion to Dismiss Without Prejudice entered on March 2, 2010, Ct Rec 30.

March 2, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas